MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRENDA SIMMONS, | Civil No. 1:18-cv-00829-GSA |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her responsive brief. Defendant respectfully requests this extension of time because of an extremely heavy workload, including four other briefs due within the next ten days, and because of the disruption to the ordinary course of business caused by the 35 days lapse in appropriations.

Stip. to Extend Def.'s Brief

1

| | | |
|---|---|---|
| 1 | The new due date for Defendant's responsive brief will be Friday, March 22, 2019. | |
| 2 | | |
| 3 | | |
| 4 | | Respectfully submitted, |
| 5 | Date: *February 19, 2019* | PENA & BROMBERG, ATTORNEYS AT LAW |
| 6 | By: | */s/ Jonathan Omar Pena *  |
| 7 | | JONATHAN OMAR PENA |
| | | * *By email authorization on February 19, 2019* |
| 8 | | Attorney for Plaintiff |

Date: *February 19, 2019*        MCGREGOR W. SCOTT
                                 United States Attorney

            By:   */s/ Michael K. Marriott*
                  MICHAEL K. MARRIOTT
                  Special Assistant United States Attorney
                  Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

   Dated:  **February 19, 2019**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE