MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRENDA SIMMONS, | Civil No. 1:18-cv-00829-GSA |
| Plaintiff, | **STIPULATION ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 14 days to file her responsive brief. Upon review of Plaintiff's brief and the certified administrative record, the undersigned believes that this case may be appropriate for voluntary remand. Defendant respectfully requests this additional time in an attempt to obtain remand authority.

Stip. to Extend Def.'s Brief

The new due date for Defendant's responsive brief will be Friday, April 5, 2019.

Respectfully submitted,

Date: *March 22, 2019*  PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena* *
JONATHAN OMAR PENA
*By email authorization on March 22, 2019*
Attorney for Plaintiff

Date: *March 22, 2019*  MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED.

Dated: **March 25, 2019**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE