MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRENDA SIMMONS, | Civil No. 1:18-cv-00829-GSA |
| Plaintiff, | **STIPULATION AND ORDER FOR A THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 7 days to file her responsive brief. The undersigned's attempt to obtain voluntary remand authority is still under consideration, and this additional time will allow the completion of the review process, or, in the alternative, the completion of the responsive brief,

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief will be Friday, April 12, 2019.

Respectfully submitted,

Date: *April 8, 2019*  PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena* *
JONATHAN OMAR PENA
*\* By email authorization on March 22, 2019*
Attorney for Plaintiff

Date: *April 8, 2019*  MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

Dated: **April 9, 2019**  **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE